**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| | PLAINTIFF | ☐ LA  ☑ RS  ☐ SA    DATE FILED: 6/14/2026 |
| | | CASE NUMBER: 5:26-mj-00418    ☐ **Under Seal** |
| v. | | INIT. APP. DATE: 6/15/2026    TIME: 2:00 PM |
| | | CHARGING DOC: Local Complaint |
| Bryan Omar Roa | | DEFENDANT STATUS: In Custody |
| | | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | DEFENDANT. | VIOLATION: 18:1117 |
| | | COURTSMART/REPORTER: RS-CS-4 |

| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** David T. Bristow | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |
|---|---|

**PRESENT:** Rachel Maurice          Colin Scot

*Deputy Clerk*          *Assistant U.S. Attorney*          *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Mitchell M. Suliman          ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
  Ordered (see separate order) ☐ Special appearance by: _____          ☐ CJA 1-Day Provisional Appt _____

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____          **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☑ Government moves to UNSEAL Complaint/Indictment/Information Entire Case: ☑ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.          ☐ Class B Misdemeanor          ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____ . Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☑ Preliminary Hearing set for 06/29/2026          at 4:30 PM          in Riverside

☑ Post-Indictment Arraignment set for: 07/07/2026          at 10:00 AM          in Riverside

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____ .

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____ ).

☐ Other:

*RECEIVED:* ☑ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10          ☑ READY          Deputy Clerk Initials ram

: 13

M-5 (11/25)          **CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE**          Page 1 of 1