JS-3

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT (Cal. Bar No. 318555)
Assistant United States Attorneys
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3159
    Facsimile: (213) 894-0114
    E-mail:  colin.scott@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:26-mj-00418-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |
| v. | |
| BRYAN OMAR ROA, and MICHAEL ALAN THOMAS | |
| Defendants. | |

     The Court has read and considered the Government's Motion to Dismiss without prejudice the Complaint in this action pursuant to Federal Rule of Criminal Procedure 48(a).  Finding good cause therefore and that dismissal is in the interests of justice,

//
//

the Court hereby GRANTS the MOTION and ORDERS as follows:

1.    The complaint is hereby DISMISSED without prejudice.

IT IS SO ORDERED.


June 29, 2026
_____
DATE                              THE HONORABLE DAVID BRISTOW
                                  United States Magistrate Judge

2